IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 3:07cr115-MEF |
| v. | ) | [18 USC § 2113(a), (d); |
| | ) | 18 USC § 2] |
| KEITH JAMES SEXTON and | ) | |
| COURTNEY DEON ORUM | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about May 7, 2007, in Tallapoosa County, Alabama, within the Middle District of Alabama, the defendants,

KEITH JAMES SEXTON and
COURTNEY DEON ORUM,

while aided and abetted by each other, did knowingly and willfully attempt to take by force and violence and intimidation from the person and presence of another, money, belonging to and in the care, custody, control, management, and possession of Mutual Savings Credit Union located at 1030 Lee Street, Alexander City, Alabama, a federally insured credit union, in violation of Title 18, United States Code, Sections 2113(a) and (d), and Title 18, United States Code, Section 2.

A TRUE BILL:

/s/ 
Foreperson

/s/ Leura G. Canary
LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Jerusha J. Adams
JERUSHA T. ADAMS
Assistant United States Attorney