IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.   3:07-cr-0115-MEF |
| ) | |
| COURTNEY DEON ORUM, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

COMES NOW, Richard K. Keith, and hereby gives his Notice of Appearance as court-appointed Counsel representing Courtney Deon Orum in the above-styled cause.

Respectfully submitted this 2nd day of August, 2007.

> s/ Richard K. Keith
> **RICHARD K. KEITH (KEI003)**
> Attorney for Defendant
> **KEITH & DUBIN, P.C.**
> 22 Scott Street
> Montgomery, AL  36104-4012
> Telephone: (334) 264-6776
> Facsimile:  (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Jerusha T. Adams, AUSA
> Post Office Box 197
> Montgomery, AL  36101-0197

> s/ Richard K. Keith
> **OF COUNSEL**