IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07-cr-115-MEF |
| | ) | |
| COURTNEY DEON ORUM | ) | |

### UNITED STATES' MOTION FOR LEAVE OF COURT TO FILE RESPONSE OUT OF TIME

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully moves this Court for leave to file a response outside the time set forth in the Court's Order on Arraignment to Defendant Courtney Deon Orum's Motion to Sever. As grounds for this Motion, the United States avers as follows:

1. On August 3, 2007, the Court issued an Order on Arraignment. (Doc. # 18.)

2. In said Order, the Court set an August 20, 2007, deadline for the filing of pretrial motions and an August 24, 2007, deadline for the filing of responses to pretrial motions.

3. The undersigned Assistant United States Attorney was on vacation from August 18, 2007, to August 25, 2007. Due to the scheduled vacation, the undersigned spoke to counsel for Defendant on August 13, 2007, regarding this case. The undersigned also contacted counsel for Defendant on August 17, 2007, but was unable to reach counsel due to scheduling conflicts.

4. On August 20, 2007, counsel for Defendant timely filed a Motion to Sever and Brief in Support. (Doc. # 21.)

5. The undersigned affirms to this Court that despite her contact with the office during the scheduled vacation, she was not apprised of the motion at issue until her return to the office on August 26, 2007.

6. The United States' Response to Defendant Courtney Deon Orum's Motion to Sever is made in good faith and is not for the purpose of delay.

7. The undersigned apologizes for the delay in filing the response and submits that such delay will not occur in the future.

WHEREFORE, the United States respectfully requests that this Honorable Court enter an order granting this motion for leave to file a response to Defendant Courtney Deon Orum's Motion to Sever.

Respectfully submitted this the 27th day of August, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/ Jerusha T. Adams
JERUSHA T. ADAMS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334-223-7280 phone   334-223-7135   fax
jerusha.adams@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07-cr-115-MEF |
| | ) | |
| COURTNEY DEON ORUM | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Richard Keith.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334-223-7280 phone    334-223-7135  fax
jerusha.adams@usdoj.gov