IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:07cr115-MEF |
| COURTNEY DEON ORUM | ) | |

### ORDER

    It is **ORDERED** that the United States Motion For Leave of Court to File Response Out of Time (Doc. 24. filed 8/27/2007) be **GRANTED.** Said response shall be filed on or before 8/28/2007.

    DONE, this the 28th day of August, 2007.

                         /s/ Terry F. Moorer
                          TERRY F. MOORER
                          UNITED STATES MAGISTRATE JUDGE