IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07cr115-MEF |
| | ) | |
| COURTNEY DEON ORUM | ) | |

**MOTION FOR ORDER DIRECTING THE UNITED STATES**
**MARSHAL TO RELEASE CUSTODY OF PRISONER**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody Courtney Deon Orum into the custody of John McEachern, FBI from September 18, 2007 through December 31, 2007, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.  We further move the Court to enter an order directing John McEachern to return said prisoner into the custody of the United States Marshals Service when he has finished with him.

Respectfully submitted this the 12th day of September, 2007.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/Jerusha T. Adams
JERUSHA T. ADAMS
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
E-mail: jerusha.adams@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 3:07cr115-MEF |
| | ) |
| COURTNEY DEON ORUM | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Richard K. Keith, Esq.

        Respectfully submitted,

        /s/Jerusha T. Adams
        JERUSHA T. ADAMS
        131 Clayton Street
        Montgomery, Alabama 36104
        Phone: (334) 223-7280
        FAX: (334) 223-7135
        E-mail: jerusha.adams@usdoj.gov