IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 3:07-cr-115-MEF |
| | ) |
| COURTNEY DEON ORUM | ) |

## **O R D E R**

On August 31, 2007, the Magistrate Judge filed a Recommendation (Doc. #33) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. That the motion to sever (Doc. #21) filed by the defendant is DENIED.

DONE this the 20th day of September, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE