THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07-cr-115-MEF |
| | ) | |
| COURTNEY DEON ORUM | ) | |

**UNITED STATES' MOTION FOR DOWNWARD DEPARTURE
FOR SUBSTANTIAL ASSISTANCE**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to the United States Sentencing Commission, Guidelines Manual, Section 5K1.1, respectfully request this Honorable Court to downwardly depart two (2) levels in the sentence that would otherwise be imposed on Defendant Courtney Deon Orum, and as reasons therefore, submits the following:

The United States herein states that Orum has provided substantial assistance in the investigation of this case and investigation of other individuals in this district. Orum also has made himself available for subsequent debriefings, and the United States submits that he has, at all times, been truthful with federal investigators.

Wherefore, premises considered, the United States moves this Honorable Court for a downward departure from the calculated guideline range. This motion seeks a departure of two (2) levels from a total offense level of 20 and Criminal History Category of II.

Respectfully submitted this 19th day of November, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334-223-7280 phone   334-223-7135   fax
jerusha.adams@usdoj.gov

THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | CR. NO. 3:07-cr-115-MEF |
| | ) | |
| **COURTNEY DEON ORUM** | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Richard Keith.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334-223-7280 phone    334-223-7135   fax
jerusha.adams@usdoj.gov