IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:07-cr-115-MEF |
| | ) | |
| COURTNEY DEON ORUM | ) | |

# **O R D E R**

Upon consideration of the defendant's Pro Se Motion to Correct and/or in the Alternative, a Reduced Sentence (Doc. #65) filed on January 29, 2008, it is hereby

ORDERED that the government show cause in writing on or before February 22, 2008 as to why the motion should not be granted.

DONE this the 13th day of February, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE