IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07-cr-115-MEF |
| | ) | |
| COURTNEY DEON ORUM | ) | |

**RESPONSE TO SHOW CAUSE ORDER**

COMES NOW the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files its response to the Court's Show Cause Order of February 13, 2008 (Doc. # 67), as follows:

1.  The defendant, appearing *pro se*, filed a Motion to Correct And/Or In the Alternative A Reduced Sentence on January 29, 2008 (Doc. # 65), requesting that the Court correct his sentence pursuant to Federal Rule of Criminal Procedure 35(a).

2.  Under Rule 35(a), the Court is permitted to correct or reduce a sentence that "resulted from arithmetical, technical, or other clear error." Fed. R. Crim. P. 35(a). Such a correction must be done "[w]ithin 7 days after sentencing." *Id*. This 7 day limitation under Rule 35(a) is jurisdictional. *United States v. Diaz-Clark*, 292 F.3d 1310, 1317 (11th Cir. 2002). Moreover, under the Rule, "sentencing" is defined as the "oral announcement of the sentence." Fed. R. Crim. P. 35(c).

3.  The United States contends that Defendant's motion is due to be denied because Rule 35(a) does not provide a basis for the court to exercise jurisdiction to modify the sentence orally imposed. *See United States v. McGranahan*, 168 Fed. Appx. 934, 927 (11th Cir. 2006). The Court orally imposed sentence on the defendant on December 4, 2007. (*See* Doc. # 55). The defendant

did not file his motion within the 7-day period, which expired on December 13, 2007.[1]  Further, the Court has no authority to extend the time for filing such a challenge beyond the time allotted by the Federal Rules of Criminal Procedure.  *See* Fed. R. Crim. P. 45(b)(2).  Accordingly, the United States submits that this Court is without jurisdiction to consider the defendant's challenge to his sentence and thus, requests that the defendant's motion be denied.

Respectfully submitted, this the 14th day of February, 2008.

           LEURA G. CANARY
           UNITED STATES ATTORNEY


           /s/ Jerusha T. Adams
           JERUSHA T. ADAMS
           Assistant United States Attorney
           Post Office Box 197
           Montgomery, Alabama 36101-0197
           334-223-7280 phone    334-223-7135   fax
           jerusha.adams@usdoj.gov

---

[1] Although the motion was date-stamped "received" in the Court on January 29, 2008, under the "mailbox rule," the United States considers it filed on the date the defendant delivered it to prison authorities for mailing – December 18, 2007– as the defendant noted on page 5 of his motion.  *See Houston v. Lack,* 487 U.S. 266, 271-72 (1988); *Washington v. United States,* 243 F.3d 1299, 1301 (11th Cir. 2001).

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  3:07-cr-115-MEF |
| | ) | |
| COURTNEY DEON ORUM | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that I sent a true and correct copy of the above, postage pre-paid and properly addressed to:

Courtney Deon Orum
Montgomery City Jail
P.O. Box 159
Montgomery, AL 36101

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334-223-7280 phone    334-223-7135   fax
jerusha.adams@usdoj.gov