IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 3:07-cr-115-MEF-2 |
| | ) | |
| | ) | (WO - Do Not Publish) |
| COURTNEY DEON ORUM | ) | |

## ORDER

This cause is before the Court on the Motion to Correct and/or in the Alternative a Reduced Sentence (Doc. # 65) by Defendant Courtney Deon Orum ("Orum"). By this motion, Orum asks this Court to reduce or correct his sentence pursuant to Federal Rule of Criminal Procedure 35(a). Because Orum filed his motion more than seven days after the Court orally imposed his sentence, this Court lacks jurisdiction to grant the relief he seeks. *See United States v. Diaz-Clark*, 292 F.3d 1310, 1317 (11th Cir. 2002); *United States v. McGranahan*, 168 F.ed Appx. 934, 936-37 (11th Cir. 2006). Accordingly, the motion is DENIED.

DONE this the 19th day of February, 2008.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE